IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN S. COOPER, HELENA K. COOPER, AND PETER MALCOLM COOPER,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CWALT, INC.; AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>　　　　Defendants.<br>_____ | CIVIL 11-00241-LEK-RLP |

ORDER ADOPTING THE U.S. MAGISTRATE JUDGE'S ORDER

A "MEMORANDUM OPINION AND ORDER DENYING PLAINTIFFS'

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND

FINDINGS AND RECOMMENDATION THAT THE DISTRICT COURT

DISMISS THIS ACTION" having been filed and served on all parties on October

25, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the U.S. Magistrate Judge's Order, docket entry no. 29, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 9, 2011.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JOHN S. COOPER, ET AL. V. BANK OF NEW YORK MELLON, ETC., ET AL; CIVIL 11-00241 LEK-RLP; ORDER ADOPTING THE U.S. MAGISTRATE JUDGE'S ORDER**